BEFORE THE THIRD DIVISION, APRIL 8, 1954

**No. 57985.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 155139–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of trays the same in all material respects as those involved in *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the claim of the plaintiff was sustained.